UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL PARKER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOUGLAS S. ROBINSON, et al., )<br>)<br>Defendants. ) | Civil No. 04-214-B-W |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

    The United States Magistrate Judge filed with the Court on September 6, 2006 her Recommended Decision (Docket # 55). The Defendants filed their objections to the Recommended Decision on September 25, 2006 (Docket # 57) and the Plaintiff filed his response to those objections on September 29, 2006 (Docket # 58). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

    2.    It is further <u>ORDERED</u> that judgment is hereby granted against the Defendants on their affirmative defense asserting that Parker failed to meet the 42 U.S.C. § 1997e(a) exhaustion requirement.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 10th day of October, 2006