UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL PARKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CV-04-214-B-W |
| DOUGLAS ROBINSON, | ) ) ) |
| Defendant. | ) |

**ORDER ON PRO SE MOTION TO APPOINT COUNSEL**

On May 21, 2007, Michael Parker moved this Court to appoint counsel to represent him in this matter. *Pro Se Mot. to Appoint Counsel* (Docket # 88). The Court is "authorized to request a lawyer to represent an indigent prisoner under 28 U.S.C. § 1915(e)(1), there are no funds appropriated to pay a lawyer or even to reimburse a lawyer's expenses." *Clarke v. Blais*, 473 F. Supp. 2d 124, 125 (D. Me. 2007). As a result, "such appointments occur very rarely, being saved for cases that appear to have some chance of success." *Id.* The Court has determined that this is one of those rare cases. The Court, therefore, GRANTS the Plaintiff's motion for appointed counsel (Docket # 88) and appoints Attorney David Walker of the law firm of Rudman & Winchell of Bangor, Maine to represent the Plaintiff in this matter. The Court further ORDERS that all deadlines currently pending in this matter are hereby STAYED for a period of thirty days to allow Mr. Walker to become familiar with the status of the case. This Order staying deadlines will be subject to further extension upon motion and for good cause.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of May, 2007